# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL ANN SIMMONS,<br><br>　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 13-cv-2263-LAB (KSC)<br><br>**ORDER GRANTING MOTION TO PROCEED** *IN FORMA PAUPERIS* |

Plaintiff Carol Ann Simmons filed this case to challenge the Commissioner of Social Security's denial of her claim for disability benefits. She also filed a motion to proceed *in forma pauperis* to avoid paying the required $350 civil filing fee. *See* 28 U.S.C. § 1914(a). The Court **GRANTS** that motion.

A court may permit a plaintiff to proceed IFP if she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a); Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999). The plaintiff must submit an "affidavit that includes a statement of all assets [she] possesses" to be considered for IFP status. 28 U.S.C. § 1915(a). Simmons has done that, and the Court finds she has sufficiently showed she is unable to pay the filing fee.

Nevertheless, the court must review any complaints filed pursuant to the IFP provision and dismiss them if "the action or appeal (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is

1  immune from such relief." 28 U.S.C. § 1915(e)(2)(B); see Calhoun v. Stahl, 254 F.3d 845, 845 (9th Cir. 2001) ("[T]he provisions of 28 U.S.C. § 1915(e)(2)(B) are not limited to prisoners."). The Court finds that Simmons's complaint survives this mandatory screening.

Simmons's motion to proceed In Forma Pauperis is therefore **GRANTED**.

**IT IS SO ORDERED**.

DATED:  October 7, 2013

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge